```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ILLINOIS
                    EASTERN DIVISION
```

UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )
                             )
     v.                      )    No. 11 C 7568
                             )    (06 CR 359-3)
MELVIN DOKICH,               )
                             )
            Defendant.       )

## MEMORANDUM ORDER

Something over a year after our Court of Appeals affirmed (1) his conviction (based on a blind plea of guilty to participation in a large-scale financial fraud) and (2) the 84-month custodial sentence then imposed on him by this Court, Melvin Dokich ("Dokich") filed a 28 U.S.C. §2255 ("Section 2255") motion challenging various aspects of the conviction and sentence. This Court's brief October 25, 2011 memorandum order directed the United States Attorney to file an answer or other response to the motion on or before November 30, as contemplated by Rule 4(b) of the Rules Governing Section 2255 Proceedings for the United States District Courts ("Section 2255 Rules").

Now the government has tendered a timely response, comprising a 15-page memorandum and its Ex. 1 (the 55-page plea colloquy), Ex. 2 (containing relevant excerpts from the sentencing hearing) and Ex. 3 (a printout of the first 51 District Court docket entries). To enable Dokich to address any matters raised by the government's response that he believes he

has not had an opportunity to deal with in his original Section 2255 motion, this Court will follow the procedure authorized by Section 2255 Rule 5(d) by granting leave to Dokich to submit a reply on or before February 1, 2012.

_____
Milton I. Shadur
Senior United States District Judge

Date: December 5, 2011